UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

STONE TECHNOLOGY (HK) CO., LTD.,
an HK COMPANY,

        CASE NO.: 1:20-cv-23251

    Plaintiff,

v        State Court Case No.: 2020-014350-CA-01

GLOBAL GEEKS, INC.,
a New Jersey Corporation.

    Defendant.
_____/

GLOBAL GEEKS, INC.,
a New Jersey Corporation,

    Counter-Plaintiff

v.

STONE TECHNOLOGY (HK) CO., LTD.,
an HK COMPANY,

    Counter-Defendant.
_____/

**DEFENDANT/COUNTER-PLAINTIFF'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to *Fed. R. Civ. P. 7.1* and this Court's Order on Post-Removal Procedures, and Requiring Scheduling Report and Certificates of Interested Parties ECF No. [5], the undersigned counsel for Defendant/Counter-Plaintiff's, GLOBAL GEEKS, INC. ("DEFENDANT"), certifies that the following is a list of trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal,

including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

Joshua Hameier

Amanda Marte

Abdul Loul

Ahmad Loul

Rahul Kather

Kalid Loul

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via US Mail to: Jianyin Liu, Esq.,The Law Offices of James Liu, PLLC, 15750 SW 92nd Ave, Unit 20C, Palmetto Bay, FL 33157 (jamesliulaw@gmail.com) on this **26th** day of August, 2020.

> By: */s/ Glen M. Lindsay*
> Glen M. Lindsay, Esq.
> Florida Bar Number: 59200
> **SAAVEDRA | GOODWIN**
> Email: GLindsay@saavlaw.com
> Service Email: eservice@saavlaw.com
> 312 SE 17th Street, 2nd FL
> Fort Lauderdale, FL 33316
> TEL: 954-767-6333 | FAX: 954-767-8111
> *Counsel for Defendant/Counter-Plaintiff*