**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-23251-BLOOM/Louis**

STONE TECHNOLOGY (HK) CO., LTD.,

    Plaintiff,

v.

GLOBALGEEKS, INC.,

    Defendant.

    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation. ECF No. [141] ("Report"). On August 10, 2020, the Honorable Lauren F. Louis issued the Report recommending that Defendant's Motion to Compel Second Chair Counsel for Plaintiff, ECF No. [83] ("Motion"), be denied without prejudice. ECF No. [141] at 3. The Report further advised that any objections to the Report were due within fourteen days of receipt of the Report. *Id.* at 3-4. To date, neither party has filed any objections, nor have they sought any additional time within which to do so.

This Court has conducted a *de novo* review of Judge Louis's Report, the record in this case, and is otherwise fully advised. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Louis's Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Motion should be denied without prejudice for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Louis's Report, **ECF No. [141]**, is **ADOPTED**.

Case No. 20-cv-23251-BLOOM/Louis

2. Defendant's Motion to Compel Second Chair Counsel for Plaintiff, **ECF No. [83]**, is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 25, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record