UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

STONE TECHNOLOGY (HK) CO., LTD.,

              CASE NO.: 1:20-cv-23251-BB

  Plaintiff/Counter-Defendant,

v

GLOBALGEEKS, INC.,

  Defendant/Counter-Plaintiff.

_____

**NOTICE OF SETTLEMENT**

  Stone Technology (HK) Co., Ltd. ("Stone") and GlobalGeeks, Inc. ("GlobalGeeks"), per Order (DE 133) and Order (DE 153), hereby jointly file this Notice of Settlement.

  WHEREAS, on September 29, 2021, Stone and GlobalGeeks executed a settlement agreement resolving all claims between them.

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is SETTLED. No party shall claim as prevailing party in the instant case.

  Respectfully submitted on Sep. 29, 2021.

  /s/ *Glen M. Lindsay*
Glen M. Lindsay, Esq.
Florida Bar No.: 59200
**SAAVEDRA | GOODWIN**
312 SE 17th Street
2nd Floor
Fort Lauderdale, FL 33316
Tel.: (954) 767-6333
Fax: (954) 767-8111
Email: glindsay@saavlaw.com
Service Email: eservice@saavlaw.com

and

Benjamin J. Eichel, Esq.*
BONI, ZACK & SNYDER, LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Tel: 610.822.0200
Email: beichel@bonizack.com

***Attorneys for GlobalGeeks, Inc.***

**Admitted pro hac vice*

and

/s/ Jianyin Liu, Esq.
Jianyin Liu, Esq.
Florida Bar No 1007675
THE LAW OFFICES OF JAMES LIU, PLLC
15750 SW 92nd Avenue, Unit 20C
Palmetto Bay, FL 33157
Email: jamesliulaw@gmail.com

Dated: September 29, 2021